# MEMORANDUM DECISIONS

ACKERMAN v. DICK et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Carl F. Ackerman against Evans R. Dick and others. No opinion. Motion granted. Order filed.

ACKERMAN v. DICK et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Carl F. Ackerman against Evans R. Dick and others. No opinion. Application granted. Order signed.

ADAM, Respondent, v. MANHATTAN LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Robert B. Adam, as president of the Adam, Meldrum & Anderson Company against the Manhattan Life Insurance Company of New York. No opinion. Judgment and order affirmed, with costs.

ADAMS v. NEW YORK CITY R. CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by John R. Adams against the New York City Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ALDCROFT, Respondent, v. TERRY, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Richard B. Aldcroft, as trustee, against George S. Terry. B. E. V. McCarty, for appellant. A. J. Talley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ALLEN v. DIERKES. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Appeal from Special Term, New York County. Action by James A. Allen against John M. Dierkes. From an order directing plaintiff to serve a verified bill of particulars, plaintiff appeals. Reversed and motion denied. James A. Allen, for appellant. Charles F. Senkowsky, for respondent.

PER CURIAM. The order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs, upon the ground that the application for the bill of particulars was premature, and that the particulars were not necessary in order to enable the defendant to answer.

AMERICAN BUCKWHEAT & GRITS MILLS v. WILLIAMSBURG C. F. I. CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by the American Buckwheat & Grits Mills against the Williamsburg C. F. I. Company. No opinion. Motion to dismiss appeal denied. Order filed.

ANDERSON, Respondent, v. BESTON, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Frederick W. Anderson against Rachel S. Beston. I. N. Miller, for respondent. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 125 N. Y. Supp. 81.

ARNOLD v. GREENE GOLD SILVER CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Matter of Richard Arnold against the Greene Gold Silver Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion below, see 68 Misc. Rep. 449, 125 N. Y. Supp. 29.

ARNOW v. CARMEL REALTY CO. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Appeal from Special Term, Richmond County. Action by Henry Arnow against Carmel Realty Company. From a judgment for defendant, plaintiff appeals. Reversed and remanded. Julius Fischer (James Chambers and Charles Chambers, on the brief), for appellant. Max Monfried (Aaron A. Feinberg, on the brief), for respondent.

THOMAS, J. I think that an affirmance of the judgment would not do complete justice in this case. It does not appear that on the final day for closing the title there was any suggestion that the defendant had title by reason of adverse possession, or that any facts were presented proving the same. In the answer the defendant did not assert such title. So far as appears, defendant relied on its record title. The plaintiff brought this action, and before judgment the defendant conveyed the property, putting it beyond its power, although it might show title by adverse possession and receive judicial sanction of same to give plaintiff the benefit thereof. I think that the defendant did not on the trial give evidence that it had such title, and I conclude that the plaintiff at least should have the deposit returned. The judgment should be reversed and a new trial granted, costs to abide the event.

WOODWARD and CARR, JJ., concur. JENKS and BURR, JJ., dissent.

In re AVENUE D IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) In the matter of the application of the city of New York, relative to acquiring title to the lands, etc., required for the purpose of opening Avenue D, etc. No opinion. Order confirming report of commissioners affirmed, with $50 costs and disbursements.

BACILE, Respondent, v. LUNDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Charles S. Bacile against John H.

Lundberg. No opinion. Judgment of the County Court of Westchester county unanimously affirmed, with costs.

BAKER, Respondent, v. RUGGLES, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Isaac D. Baker against Cornelius D. Ruggles. No opinion. Judgment and order affirmed, with costs.

BANKS v. BOARD OF EDUCATION et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Ursula M. Banks against the Board of Education, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

BANZER, Respondent, v. BOOKMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Mary Elizabeth Banzer against Lena Bookman, individually, etc., and John Banzer, appellants, and Joseph Henry Banzer, respondent. No opinion. Judgment affirmed, with costs.

BARCALO MFG. CO., Appellant, v. MALDONADO & CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by the Barcalo Manufacturing Company against Maldonado & Co. No opinion. Order affirmed, with $10 costs and disbursements.

In re BARNES' WILL. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) In the matter of the probate of the last will and testament of Sarah M. Barnes, deceased. No opinion. Decree unanimously affirmed, with costs.

BARRY, Respondent, v. MINOT et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by William E. Barry against Henri A. Minot and others. L. Skidmore, for appellants. J. A. Hilton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BASHEIN et al. v. ROSENFELD et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Jacob Bashein and others against Rosana Rosenfeld, impleaded with others. A. Cohen, for appellant. C. M. Lewis, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BEARDSLEE, Appellant, v. NEW BERLIN LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Jacob Dwight Beardslee against the New Berlin Light & Power Company. No opinion. Judgment unanimously affirmed, with costs.

BEATTYS v. COOK et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by George D. Beattys, as trustee, against Martin V. Cook and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

BEATTYS v. STRAITON et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by George D. Beattys, as trustee, against Wallace Straiton, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

BEAVEN, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Harry C. Beaven against John B. White. B. F. Donvan, for appellant. R. W. B. Elliott, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BENEDICT, Respondent, v. CLARKE, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Jane West Horner Benedict against Antoinette Lockwood Clarke.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, without costs. Motion to resettle order so as to allow the defendant to answer within 20 days on payment of costs granted. Settle order before Mr. Justice Burr. See, also, 123 N. Y. Supp. 964.

BENENSON, Respondent, v. BORGSTEDE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Benjamin Benenson, on behalf of himself, etc., against John G. Borgstede and others. G. H. Taylor, Jr., for appellants. J. H. Emmerich, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BENJAMINS, Respondent, v. BENJAMINS, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Israel Benjamins against Lizzie Benjamins. L. E. Schlechter, for appellant. J. H. Kohan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERGER MFG. CO., Respondent, v. LEWIS F. SHOEMAKER & CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by the Berger Manufacturing Company against Lewis F. Shoemaker & Co. H. L. Cheyney, for appellant. A. C. Surpless, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BERNADAC, Respondent, v. SCHENCKE PIANO CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Catherine M. Bernadac against the Schencke Piano Company. F. M. Patterson, for appellant. E. T. Taliaferro, for respondent. No opinion. Judgment and